IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:25-cv-01984-CNS-KAS

NICHOLAS AURELIO,

Plaintiff,

v.

NICOLE SMITH,
MISTY ZADE,
JANE GILDEN,
VANI RUSSELL, and
NICHOLAS HOOVER,

Defendants.

---

**ORDER**

---

Before the Court are Plaintiff's Objections, ECF No. 128, to the United States Magistrate Judge's Recommendation, ECF No. 127. In the Recommendation, the magistrate judge recommends dismissal without prejudice of Plaintiff's claims. *See id.* at 13. Defendants have filed Responses to Plaintiff's Objections. ECF No. 132; ECF No. 133. For the following reasons, the Court OVERRULES the Objections and AFFIRMS the Recommendation.

Resolution of this matter is relatively straightforward. The magistrate judge concluded that Plaintiff's complaint did not set forth plausible claims against Defendants. The Court, engaging in *de novo* review of the recommendation, *see* Fed. R. Civ. P.

72(b)(3), and having reviewed the complaint in its entirety, *see Chilcoat v. San Juan Cnty.*, 41 F.4th 1196, 1207 (10th Cir. 2022), agrees that the complaint fails to set forth plausible claims against Defendants. However, the Court reaches this conclusion after engaging in *de novo* review of the recommendation and the complaint, in which the Court has drawn all inferences in favor of Plaintiff and the complaint's allegations, *see, e.g., Chilcoat*, 41 F.4th at 1207. The Court agrees with Plaintiff that the magistrate judge did not always adhere to this standard, at times improperly drawing inferences *against* Plaintiff. *See* ECF No. 127 at 9 ("The Court reasonably infers that Defendant Hoover has no medical training and that his job does not permit him to provide medical care."). Thus, while the Court ultimately agrees that the complaint does not set forth plausible claims for relief as currently pleaded, the Court observes that the magistrate judge erred in her analysis by at times drawing inferences away from Plaintiff, in contravention of the well-settled legal standard governing dismissal motions.

However, as indicated above, after reviewing *de novo* the recommendation and Plaintiff's complaint, the Court concludes that Plaintiff has failed to set forth plausible claims for relief, and thus dismisses them, as recommended by the magistrate judge, without prejudice.

The Court notes, however, that the deficiencies identified by the magistrate judge and Defendants in their responses are clearly curable. And Plaintiff now has the benefit of counsel, which he did not have at the time he filed his complaint *pro se. Compare* ECF No. 1, *with* ECF No. 118. Accordingly, Plaintiff may file an amended complaint within 21 days of this order. *See, e.g., Bradley v. Cardona*, No. 1:23-CV-5862-SEG-CMS, 2024 WL

5696980, at *2 (N.D. Ga. Aug. 16, 2024) ("[I]t is appropriate to provide recently-retained counsel an opportunity to correct the deficiencies in the plaintiff's original pro se pleading." (citation modified)); *Elie v. AMF Holdings, LLC*, No. 1:15-CV-3916-MHC, 2016 WL 10537016, at *3 (N.D. Ga. Apr. 11, 2016) ("The latitude to grant a leave to amend a complaint after a former pro se plaintiff retains counsel is substantial." (citation modified)); *Ruiz v. City of Bethany*, No. CIV-14-156-M, 2014 WL 12843825, at *1 (W.D. Okla. July 8, 2014) (concluding "leave to amend [was] appropriate . . . because subsequent to the filing of his First Amended Complaint, plaintiff obtained new counsel to represent him" and that "justice require[d] that plaintiff be granted leave to file" amended complaint). Presuming that Plaintiff files an amended complaint and can cure the pleading deficiencies identified by the magistrate judge and Defendants, further motions to dismiss are strongly discouraged.

* * *

Consistent with the above analysis, the Court OVERRULES Plaintiff's objections, ECF No. 128, and AFFIRMS the United States Magistrate Judge's recommendation, ECF No. 127, that Plaintiff's claims be dismissed without prejudice. The Court GRANTS Defendants' motions to dismiss. ECF No. 42; ECF No. 120. Plaintiff may file an amended complaint within 21 days of this order.

DATED this 28th day of September 2026.

BY THE COURT:

______________________________

Charlotte N. Sweeney
United States District Judge